Maryland Casualty Company, a Corporation, Plaintiff in Error v. H. J. Stewart as Receiver for Permenter State Bank, Defendant in Error.

A Writ of Error to a Judgment of the Circuit Court within and for the County of Alachua.

Writ of Error dismissed on praecipe of counsel for plaintiff in error.

*Hampton & Hampton,* for Plaintiff in Error;

No appearance for Defendant in Error.

---

A. B. Lonergan and F. L. Kendrick, Appellants, v. J. O. Peebles and Alice L. Peebles, his wife, The Banking Savings & Trust Company, a Corporation and J. H. Smithwick, Appellees.

An Appeal from a Decree of the Circuit Court within and for the County of Santa Rosa.

Appeal dismissed on praecipe of counsel for appellants.

*Nelson & Laird, for Appellants;*

*Watson & Pasco,* for Appellees.